**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Domenick Colaiacovo**
   Debtor(s)

Bankruptcy Case No.: 14−22509−CMB

Chapter: 13
Docket No.: 64 − 63
Concil. Conf.: May 11, 2017 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **April 28, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **May 4, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **May 11, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 23, 2017
                                                                          Carlota M. Bohm
                                                                          United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Domenick Colaiacovo
    Debtor

Case No. 14-22509-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Mar 23, 2017
                    Form ID: 410    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
```
db             +Domenick Colaiacovo,    431 Campbell Run Rd,    Ford City, PA 16226-6209
cr             +Citizens Bank, N.A.,    10561 Telegraph Rd,    Glen Allen, VA 23059-4577
13874982        CCO MORTGAGE CORP,    10561 TELEGRAPH RD,    Norfolk, VA 23509
13874983       +Citicards CBNA,    701 E 60th N,    Sioux Falls, SD 57104-0432
13900450       +Citizens Bank, N.A.,    f/k/a RBS Citizens, N.A.,    10561 Telegraph Road,
                 Glen Allen, VA 23059-4577
13891145       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
13956735        New Century Financial,    c/o Pressler & Pressler, LLP,    7 Entin Rd.,
                 Parsippany, NJ 07054-5020
13874986       +RBS CITIZENS,    1000 Lafayette Gill,    Bridgeport, CT 06604-4725
14312228       +Wilmington Savings Fund Society, FSB,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13874984       +E-mail/Text: creditonebknotifications@resurgent.com Mar 24 2017 01:01:19     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
13874985       +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 24 2017 01:01:48     HARLEY DAVIDSON CREDIT,
                 3850 ARROWHEAD DR,    Carson City, NV 89706-2016
13919774        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2017 01:05:58
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13874987       +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2017 01:06:01     SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citizens Bank Of Pennsylvania
cr              Harley-Davidson Credit Corp
cr              Wilmington Savings Fund Society, FSB, as Trustee f
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Domenick  Colaiacovo help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Mary F. Kennedy    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee for
               Stanwich Mortgage Loan Trust A mary@javardianlaw.com, tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor    Citizens Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor    Citizens Bank Of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```