UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Domenick Colaiacovo<br>                   Debtor | |
| Harley-Davidson Credit Corp<br>                   Movant<br>    v.<br>Domenick Colaiacovo<br>                   Respondent<br>   and<br>Ronda J. Winnecour, Trustee<br>                   Additional Respondent | BK. NO. 14-22509 CMB<br><br>CHAPTER 13<br><br>Related to Docket #  60<br><br>**ENTERED BY DEFAULT** |

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this 27th day of March, 2017, at Pittsburgh, upon Motion of Harley-Davidson Credit Corp, it is

      **ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2010 HARLEY-DAVIDSON FXDC DYNA SUPER GLD CSTM, VIN: 1 HD1GV411AC320927, in a commercially reasonable manner.

_____
United States Bankruptcy Judge

kmt

FILED
3/27/17 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Domenick Colaiacovo
431 Campbell Run Road
Ford City, PA 16226

Lawrence Willis
201 Penn Center Boulevard
Suite 400
Pittsburgh, PA  help@urfreshstrt.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22509-CMB
Domenick Colaiacovo                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe                  Page 1 of 1              Date Rcvd: Mar 27, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db            +Domenick Colaiacovo,    431 Campbell Run Rd,    Ford City, PA 16226-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Domenick  Colaiacovo help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Mary F. Kennedy    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee for
               Stanwich Mortgage Loan Trust A mary@javardianlaw.com, tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor   Citizens Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor   Citizens Bank Of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7