**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-22509-CMB |
| | : | |
| Domenick Colaiacovo, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| Domenick Colaiacovo, | : | Related to Document No. 69 |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | Hearing Date & Time: |
| Harley-Davidson Credit Corp., | : | May 10, 2017 at 11:00 AM |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Additional Respondent: | | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I served the above captioned *Order Dated April 18, 2017 and the Motion to Reconsider Order Granting Relief From Stay* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated April 19, 2017                    By:    /s/ Lawrence W. Willis, Esquire
                                                Lawrence W. Willis, Esquire
                                                PA I.D. # 85299
                                                Willis & Associates
                                                201 Penn Center Boulevard
                                                Pittsburgh, PA 15235
                                                Tel: 412.825.5170
                                                Fax: 412.823.2375
                                                Lawrencew@urfreshstrt.com

MATRIX

```
Domenick Colaiacovo
431 Campbell Run Road
Ford City, PA 16226

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106
Attn: James C. Warmbrodt, Esquire
```

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702