**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-22509-CMB |
| | : | |
| Domenick Colaiacovo, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| Domenick Colaiacovo, | : | Related to Document No. 69 |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | Hearing Date & Time: |
| Harley-Davidson Credit Corp., | : | May 10, 2017 at 11:00 AM |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Additional Respondent: | | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO RECONSIDER ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED AT DOCKET NO. 69

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reconsider Order Granting Motion for Relief From Stay filed on April 13, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 5, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>May 6, 2017</u>                    By: <u>/s/ Lawrence Willis Esquire</u>
                                              Lawrence W Willis, Esquire
                                              PA I.D. # 85299
                                              Willis & Associates
                                              201 Penn Center Blvd
                                              Pittsburgh, PA 15235
                                              Tel: 412.825.5170
                                              Fax: 412.823.2375
                                              lawrencew@urfreshstrt.com
                                              Attorney for Debtors