Certificate Number: 14912-PAW-DE-029218608

Bankruptcy Case Number: 14-22509



14912-PAW-DE-029218608

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 8, 2017</u>, at <u>9:51</u> o'clock <u>PM EDT</u>, <u>Domenick Colaiacovo</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>May 8, 2017</u>           By:   <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title:  <u>Counselor</u>