## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-22509-CMB |
| | : | |
| Domenick Colaiacovo, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| Domenick Colaiacovo, | : | Related to Document No.  60, 67, 69 |
| | : | |
| Movant | : | **ENTERED BY DEFAULT** |
| | : | |
| vs. | : | |
| | : | |
| Harley-Davidson Credit Corp., | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Additional Respondent: | | |

### ORDER

**AND NOW** on this __8th__ day of ____May_____, 2017, upon consideration of

the *Motion to Reconsider Order Granting Relief From Stay*, filed by the Debtor, and upon good

cause shown, it is hereby ordered and directed that the Order Granting the Respondent Relief from

the Automatic Stay is vacated.   Hearing on the Motion for Relief from Stay by Harley-Davidson
Credit Corporation [Doc #60] is RESCHEDULED to May 24, 2017 at 1:30 PM.  in Courtroom
B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh PA. Any response shall be filed on
or before May 22, 2017.

BY THE COURT:

_Carlota M. Böhm_        kmt

Carlota M. Bohm,
*United States Bankruptcy Judge*

FILED
5/8/17 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22509-CMB
Domenick Colaiacovo                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1           Date Rcvd: May 08, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db           +Domenick Colaiacovo,    431 Campbell Run Rd,    Ford City, PA 16226-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Debtor Domenick  Colaiacovo help@urfreshstrt.com,
        urfreshstrt@gmail.com
        Mary F. Kennedy    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee for
        Stanwich Mortgage Loan Trust A mary@javardianlaw.com,  tami@javardianlaw.com
        Mary F. Kennedy    on behalf of Creditor    Citizens Bank, N.A. mary@javardianlaw.com,
        tami@javardianlaw.com
        Mary F. Kennedy    on behalf of Creditor    Citizens Bank Of Pennsylvania mary@javardianlaw.com,
        tami@javardianlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 7