UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

Debtor: DOMENICK COLAIACOVO
Case Number: 14-22509-CMB    Chapter: 13
Date / Time / Room: THURSDAY, MAY 11, 2017 09:00 AM    3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

FILED
5/12/17 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#63 - Trustee's Certificate of Default to Dismiss H, Aff Fld?
[Relief from Stay hearing set for 5/10/17 - possible dismissal at that time]
R / M #: 63 / 0

**Appearances:**

Debtor: Willis (Did not appear)
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: 7/19/17 at 11:00 Am.
10. _____ Other:

Debtor failed to respond to COD at Doc #63, indicating a consent to dismissal. However, payment was received by Trustee on April 4th indicating a desire to continue case. Mr. Willis did not appear at COD Concil on 5/11/17. Trustee does not know How debtor wishes to proceed.

5/5/2017    8:46:39AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-22509-CMB
Domenick Colaiacovo                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: May 12, 2017
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
db        +Domenick Colaiacovo,    431 Campbell Run Rd,    Ford City, PA 16226-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Debtor Domenick Colaiacovo help@urfreshstrt.com,
   urfreshstrt@gmail.com
        Mary F. Kennedy    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee for
   Stanwich Mortgage Loan Trust A mary@javardianlaw.com, tami@javardianlaw.com
        Mary F. Kennedy    on behalf of Creditor    Citizens Bank, N.A. mary@javardianlaw.com,
   tami@javardianlaw.com
        Mary F. Kennedy    on behalf of Creditor    Citizens Bank Of Pennsylvania mary@javardianlaw.com,
   tami@javardianlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 7