IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Domenick Colaiacovo,<br>                Debtor<br><br>Harley-Davidson Credit Corp,<br>                Movant<br>   vs.<br><br>Domenick Colaiacovo,<br>                Respondent<br><br>Ronda J. Winnecour,<br>                Chapter 13 Trustee | Case No. 14-22509 CMB<br><br>CHAPTER 13<br><br>Related to Document 60 |

## ORDER OF COURT

AND NOW, this __16th__ day of ___May___, 2017, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is withdrawn without prejudice. The hearing in this matter scheduled for May 24, 2017 at 1:30 p.m. is cancelled.

BY THE COURT:

_____
U.S. Bankruptcy Judge

Consented to by:

*/s/ Lawrence W. Willis, Esquire*
Lawrence W. Willis, Esquire
PA I.D. 85299
Attorney for Debtor
201 Penn Center Blvd
Suite 400
Pittsburgh, PA 15235

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
PA I.D. 42524
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

FILED
5/16/17 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Domenick Colaiacovo  
    Debtor

Case No. 14-22509-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: May 16, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.  
db           +Domenick Colaiacovo,   431 Campbell Run Rd,   Ford City, PA 16226-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:

            James  Warmbrodt   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
            Lawrence W. Willis   on behalf of Debtor Domenick  Colaiacovo help@urfreshstrt.com, urfreshstrt@gmail.com  
            Mary F. Kennedy    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A mary@javardianlaw.com,  tami@javardianlaw.com  
            Mary F. Kennedy    on behalf of Creditor   Citizens Bank, N.A. mary@javardianlaw.com, tami@javardianlaw.com  
            Mary F. Kennedy    on behalf of Creditor   Citizens Bank Of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com  
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                    TOTAL: 7