## PROCEEDING MEMO

**Date: 07/19/2017 11:00 am**

**In re: Domenick Colaiacovo**

**Bankruptcy No. 14-22509-CMB**
**Chapter: 13**
**Doc. # 63**

**Appearances:**        Willis for Debtor

**Movant(s):**    Winnecour / Pail / Bedford / Katz

**Respondent(s):**    Lawrence W. Willis

**Creditor(s):**

**Nature of Proceeding:**        Contested hearing re: Trustee's Certificate of Default
**Requesting Dismissal of Case**

**Additional Pleadings:**

**Judge's Notes:**

Debtor has no defense to dismissal without prejudice.

**Outcome:**

Case is dismissed without prejudice.

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

✓ Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:      Movant(s) brief due____days
                              Respondent(s) brief due____days
                              Trustee's brief due____days

**FILED**

JUL 19 2017

**Carlota M. Böhm**
**U.S. Bankruptcy Court**