**Form 225**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Domenick Colaiacovo**
   Debtor(s)

Bankruptcy Case No.: 14−22509−CMB

Chapter: 13
Docket No.: 83 − 63

## ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE.**

    Each *Income Attachment* issued in the case is now **TERMINATED.**

    Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: July 20, 2017

                                                                  Carlota M. Bohm
                                                                  United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Domenick Colaiacovo
    Debtor

Case No. 14-22509-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Jul 20, 2017
                       Form ID: 225    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
```
db              +Domenick Colaiacovo,    431 Campbell Run Rd,    Ford City, PA 16226-6209
cr              +Citizens Bank, N.A.,    10561 Telegraph Rd,    Glen Allen, VA 23059-4577
13874982         CCO MORTGAGE CORP,    10561 TELEGRAPH RD,    Norfolk, VA 23509
13900450        +Citizens Bank, N.A.,    f/k/a RBS Citizens, N.A.,    10561 Telegraph Road,
                 Glen Allen, VA 23059-4577
13891145        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
13956735         New Century Financial,    c/o Pressler & Pressler, LLP,    7 Entin Rd.,
                 Parsippany, NJ 07054-5020
13874986        +RBS CITIZENS,    1000 Lafayette Gill,    Bridgeport, CT 06604-4725
14312228        +Wilmington Savings Fund Society, FSB,    c/o Carrington Mortgage Servics, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13874983        +EDI: CITICORP.COM Jul 21 2017 01:03:00      Citicards CBNA,   701 E 60th N,
                 Sioux Falls, SD 57104-0432
13874984        +EDI: RCSFNBMARIN.COM Jul 21 2017 01:03:00      Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
13874985        +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 21 2017 01:17:30      HARLEY DAVIDSON CREDIT,
                 3850 ARROWHEAD DR,   Carson City, NV 89706-2016
13919774         EDI: PRA.COM Jul 21 2017 01:03:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13874987        +EDI: RMSC.COM Jul 21 2017 01:03:00      SYNCB/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               Citizens Bank Of Pennsylvania
cr               Harley-Davidson Credit Corp
cr               Wilmington Savings Fund Society, FSB, as Trustee f
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Domenick  Colaiacovo help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Mary F. Kennedy    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee for
               Stanwich Mortgage Loan Trust A mary@javardianlaw.com,    tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor    Citizens Bank, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
              Mary F. Kennedy    on behalf of Creditor    Citizens Bank Of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```